|    |                                                                                   |
|----|-----------------------------------------------------------------------------------|
| 1  |                                                                                   |
| 2  |                                                                                   |
| 3  |                                                                                   |
| 4  |                                                                                   |
| 5  |                                                                                   |
| 6  |                                                                                   |
| 7  |                                                                                   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT BLAIR KRUEGER,              | ) Civil No. 09cv2639 JAH(BLM)        |
|                                    | )                                    |
| Plaintiff,                         | ) **ORDER GRANTING PLAINTIFF'S**     |
| v.                                 | ) **MOTION FOR PRELIMINARY**         |
|                                    | ) **INJUNCTION**                     |
| WACHOVIA MORTGAGE, FSB;            | )                                    |
| GOLDEN WEST SERVICE CO.;           | )                                    |
| NDEX WEST, LLC; and DOES 1         | )                                    |
| through 50,                        | )                                    |
|                                    | )                                    |
| Defendants.                        | )                                    |
|                                    | )                                    |

This matter came on for hearing before this Court on January 7, 2010, on plaintiff's motion for preliminary injunction. Plaintiff Robert Krueger appeared personally and was represented by Edward Haase. Defendants were represented by Douglas Matsui. After a careful consideration of pleadings and relevant exhibits submitted in support of, and in opposition to, the instant motion along with the oral argument presented by counsel at the hearing, and for the reasons set forth at the hearing, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for a preliminary injunction is **GRANTED**;

    2.    Defendants, their agents, servants, employees and representatives, and all persons acting in concert or participating with them, are hereby **ENJOINED AND RESTRAINED** from engaging in, committing or performing directly or indirectly, any of the following acts:

        a.    Foreclosing upon, selling or otherwise transferring the real property

located at 2744 Chatsworth Blvd., San Diego, California 92106;

       b.     Interfering with plaintiff's possession of the real property located at 2744 Chatsworth Blvd., San Diego, California 92106; and

       c.     Instituting legal proceedings including but not limited to unlawful detainer proceedings to remove or otherwise interfere with plaintiff's possession of the real property located at 2744 Chatsworth Blvd., San Diego, California 92106;

3.     **No later than January 22, 2010**, plaintiff shall post a bond with the Clerk of Court in an amount equal to the unpaid balance to date of his monthly mortgage payments ($2,690.00 per month); and shall continue to post with the Clerk of Court the bond amount in the sum of $2,690.00 no later than the fifth (5th) day of each month until this injunction is dissolved or the instant lawsuit is concluded;

4.     Should plaintiff fail to post the required bond amount by January 22, 2010 or fail to post the continuing bond amount each month thereafter within fifteen (15) days of the date the posting is due, defendants may file a motion seeking to dissolve the preliminary injunction; and

5.     Defendants shall file an answer or other responsive pleading in compliance with the Federal Rules of Civil Procedure and the Local Rules of this District within twenty (20) days of the date of this Order.

DATED:     January 12, 2010

                                                 JOHN A. HOUSTON
                                                 United States District Judge